**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Michael J. Costello                    CHAPTER 7
                    Debtor(s)
                                              BKY. NO. 21-10690 PMM

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

  Kindly enter my appearance on behalf of PENNYMAC LOAN SERVICES, LLC and index same on the master mailing list.

                                    Respectfully submitted,

                                    /s/ Rebecca Solarz
                                    Rebecca Solarz
                                    07 Apr 2021, 09:57:46, EDT

                                    KML Law Group, P.C.
                                    701 Market Street, Suite 5000
                                    Philadelphia, PA 19106-1532
                                    (215) 627-1322

Document ID: 285a7d0ba8c81d817f50026c8959f1c21c4b7ff3661dcef940149628e0cc9ff6