Certificate Number: 17082-PAE-DE-035752065

Bankruptcy Case Number: 21-10690



17082-PAE-DE-035752065

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 12, 2021, at 9:57 o'clock AM MST, MICHAEL J COSTELLO completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  June 12, 2021           By:   /s/Orsolya K Lazar

                               Name:  Orsolya K Lazar

                               Title:  Executive Director