United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  Case No. 21-10690-pmm
Michael J. Costello  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4     User: admin     Page 1 of 3
Date Rcvd: Jul 16, 2021     Form ID: 318     Total Noticed: 30

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 18, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Michael J. Costello, 1178 Oak Road, Walnutport, PA 18088-9728 |
| smg | + | Bureau of Audit and Enforcement, City of Allentown, 435 Hamilton Street, Allentown, PA 18101-1603 |
| smg | | City Treasurer, Eighth and Washington Streets, Reading, PA 19601 |
| smg | + | Dun & Bradstreet, INC, 3501 Corporate Pkwy, P.O. Box 520, Centre Valley, PA 18034-0520 |
| smg | + | Lehigh County Tax Claim Bureau, 17 South Seventh Street, Allentown, PA 18101-2401 |
| smg | + | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| 14591488 | + | BP Mastercard, 5445 Triangle Pkwy NW - 400, Norcross, GA 30092-2575 |
| 14591489 | + | Charles D. Waters, Esquire, The Nguyen Law Firm, PLC, 2201 Libbie Avenue, Richmond, VA 23230-2364 |
| 14591492 | + | Fifth Third Bank, 5050 Kingsley Drive, Cincinnati, OH 45227-1115 |
| 14591494 | + | Kabbage, 1410 Broadway - 16th Floor, New York, NY 10018-9339 |
| 14591495 | + | Kapitus, 120 W 45th St, New York, NY 10036-4195 |
| 14591496 | + | Michelle Costello, 1178 Oak Road, Walnutport, PA 18088-9728 |
| 14591498 | + | On Deck Funding, 1400 Broadway - 25th Floor, New York, NY 10018-5225 |
| 14591499 | + | Pennymac Loan Services LLC, 6101 Condor Drive, Moorpark, CA 93021-2602 |
| 14591500 | + | Santander Bank NA, 75 State St, Boston, MA 02109-1827 |
| 14591506 | + | Triple Crown Lawn Card Services, LLC, 5156 Lincoln Avenue, Whitehall, PA 18052-2148 |
| 14591519 | + | Wells Fargo, 123 N Main St, Dublin, PA 18917-2107 |
| 14598831 | + | Wells Fargo Vendor Financial Services, LLC, 1010 Thomas Edison BLVD SW, Cedar Rapids, IA 52404-8247 |

TOTAL: 18

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | EDI: QLEFELDMAN.COM | Jul 17 2021 03:28:00 | LYNN E. FELDMAN, Lynn E. Feldman, Trustee, 2310 Walbert Ave, Ste 103, Allentown, PA 18104-1360 |
| smg | | EDI: PENNDEPTREV | Jul 17 2021 03:28:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 16 2021 23:32:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Jul 16 2021 23:32:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14591486 | + | EDI: GMACFS.COM | Jul 17 2021 03:28:00 | Ally Financial, PO Box 380901, Minneapolis, MN 55438-0901 |
| 14591485 | + | EDI: GMACFS.COM | Jul 17 2021 03:28:00 | Ally Financial, PO Box 380901, Bloomington, MN 55438-0901 |
| 14591487 | + | EDI: CITICORP.COM | Jul 17 2021 03:28:00 | Best Buy/CBNA, 5800 South Corporate Place, Sioux Falls, SD 57108-5027 |
| 14591490 | | EDI: JPMORGANCHASE | Jul 17 2021 03:28:00 | Chase Ink, 270 Park Ave, P.O. Box 6185, New York, NY 10018 |
| 14591493 | | EDI: JPMORGANCHASE | | |

| Recip ID | | | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Jul 17 2021 03:28:00 | JPMCB-Card Services, 301 N Walnut Street, Floor 09, Wilmington, DE 19801 |
| 14591497 | + | Email/Text: vguiles@nelinc.com | Jul 16 2021 23:32:00 | New Equipment Leasing, 2880 Thornhills Ave SE, Grand Rapids, MI 49546-7141 |
| 14591501 | | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Jul 16 2021 23:35:21 | Secretary of Housing & Urban Development, 451 Seventh Street SW, Washington, DC 20410-8000 |
| 14591502 | + | Email/Text: bankruptcy@bbandt.com | Jul 16 2021 23:32:00 | Sheffield Financial, PO BOX 1847, Wilson, NC 27894-1847 |
| 14591491 | | EDI: USBANKARS.COM | Jul 17 2021 03:28:00 | Elan Financial Service, PO BOX 108, Saint Louis, MO 63166 |

TOTAL: 13

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14591503 | *+ | Sheffield Financial, PO BOX 1847, Wilson, NC 27894-1847 |
| 14591504 | *+ | Sheffield Financial, PO BOX 1847, Wilson, NC 27894-1847 |
| 14591505 | *+ | Sheffield Financial, PO BOX 1847, Wilson, NC 27894-1847 |
| 14591507 | *+ | Triple Crown Lawn Card Services, LLC, 5156 Lincoln Avenue, Whitehall, PA 18052-2148 |
| 14591508 | *+ | Triple Crown Lawn Card Services, LLC, 5156 Lincoln Avenue, Whitehall, PA 18052-2148 |
| 14591509 | *+ | Triple Crown Lawn Card Services, LLC, 5156 Lincoln Avenue, Whitehall, PA 18052-2148 |
| 14591510 | *+ | Triple Crown Lawn Card Services, LLC, 5156 Lincoln Avenue, Whitehall, PA 18052-2148 |
| 14591511 | *+ | Triple Crown Lawn Card Services, LLC, 5156 Lincoln Avenue, Whitehall, PA 18052-2148 |
| 14591512 | *+ | Triple Crown Lawn Card Services, LLC, 5156 Lincoln Avenue, Whitehall, PA 18052-2148 |
| 14591513 | *+ | Triple Crown Lawn Card Services, LLC, 5156 Lincoln Avenue, Whitehall, PA 18052-2148 |
| 14591514 | *+ | Triple Crown Lawn Card Services, LLC, 5156 Lincoln Avenue, Whitehall, PA 18052-2148 |
| 14591515 | *+ | Triple Crown Lawn Card Services, LLC, 5156 Lincoln Avenue, Whitehall, PA 18052-2148 |
| 14591516 | *+ | Triple Crown Lawn Card Services, LLC, 5156 Lincoln Avenue, Whitehall, PA 18052-2148 |
| 14591517 | *+ | Triple Crown Lawn Card Services, LLC, 5156 Lincoln Avenue, Whitehall, PA 18052-2148 |
| 14591518 | *+ | Triple Crown Lawn Card Services, LLC, 5156 Lincoln Avenue, Whitehall, PA 18052-2148 |

TOTAL: 0 Undeliverable, 15 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 18, 2021    Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 15, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| CHARLES LAPUTKA | on behalf of Debtor Michael J. Costello claputka@laputkalaw.com jen@laputkalaw.com;milda@laputkalaw.com;bkeil@laputkalaw.com |
| LYNN E. FELDMAN | trustee.feldman@rcn.com lfeldman@ecf.axosfs.com |

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 3 of 3 |
| Date Rcvd: Jul 16, 2021 | Form ID: 318 | Total Noticed: 30 |

REBECCA ANN SOLARZ
    on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bkgroup@kmllawgroup.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 4

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Michael J. Costello | Social Security number or ITIN  xxx–xx–7855 |
| | First Name  Middle Name  Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN  _ _ _ _<br>EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | Eastern District of Pennsylvania | |
| Case number: | 21–10690–pmm | |

# Order of Discharge 12/15

---

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Michael J. Costello

7/15/21                                                                **By the court:**  Patricia M. Mayer
                                                                                                     United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Official Form 318                               **Order of Discharge**                               page 2